UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) José L. Miranda Pagan     CIVIL NO. 98-1490 (DRD)

v.

Defendant(s) Administracion de Correccion

| MOTION | ORDER |
|---|---|
| Docket entry no. 5 | ☐ GRANTED. |
| Date: March 23/1999 | ☐ DENIED. |
| Title: Order Assessing Initial Partial Filing Fee | ☐ MOOT. |
| | ☐ NOTED. |

In the Court's March 1999 Order the Plaintiff was ordered to pay monthly fees of 20 percent of the greater of the average monthly deposits or the average monthly balance in the Plaintiff's prison trust account, until the statutory $150.00 filing fee was paid in full. Six payments of $7.55 have been made, (Docket Nos. 7-12), amounting to $45.30. The payments ceased on September 27, 1999, with a balance of over $100.00 to be paid. Therefore, Plaintiff is ORDERED to show cause why the payments have ceased by February 25, 2000. Failure to comply may result in dismissal.

IT IS SO ORDERED.

Date: 02/04/2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE