IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

José L. Miranda Pagán

Plaintiff(s),

v.

Adm. de Corrección

Defendant(s).

CIVIL NO. 98-1490 (DRD)

RECEIVED AND FILED
00 APR 12 AM 8:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 3 / 20 / 2000.

DOCKET NO.: 19

[✓] Plffs.      [ ] Defts.

TITLE: Letter Requesting Money Refund.

## ORDER

The amount over paid 10.40 is to be returned to plaintiff

4 / 11 / 2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE