ENTERED ON DOCKET 5/31/00 PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE L. MIRANDA PAGAN,
    Plaintiff,

vs.    CIVIL NO. 98-1490 (DRD)

ADMINISTRACION DE CORRECION,
et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE**.
**IT IS SO ADJUDGED AND DECREED.**

Date: May 30, 2000

P:\PEACHORD.ERS\98-1490A.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:    EOD:

By:    #